# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD ROSS,

     Petitioner,

vs.

DWIGHT NEVEN, et al.,

     Respondents.

Case No. 2:13-cv-01562-JCM-CWH

**ORDER**

Respondents having submitted a motion for enlargement of time (first request) (#29), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (first request) (#29) is **GRANTED**.  Respondents shall have through April 20, 2015, to file and serve a response to petitioner's motion for leave to file amended petition (#27) and motion for extension of time to file the amended petition (#28).

DATED: April 10, 2015.

JAMES C. MAHAN
United States District Judge