# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD ROSS,<br>    Petitioner,<br>vs.<br>DWIGHT NEVEN, et al.,<br>    Respondents. | Case No. 2:13-cv-01562-JCM-CWH<br><br>**ORDER** |

Before the court is respondents' motion to dismiss (#14). After respondents filed their motion, the court appointed counsel to represent petitioner, and the court has given petitioner leave to file an amended petition for a writ of habeas corpus. The amended petition will make the motion to dismiss moot. If any of respondents' arguments survive the amended petition, then respondents may renew those arguments when the court directs respondents to respond to the amended petition.

IT IS THEREFORE ORDERED that respondents' motion to dismiss (#14) is **DENIED** as moot.

DATED: September 23, 2015.

_____
JAMES C. MAHAN
United States District Judge