# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD ROSS,

     Petitioner,

vs.

DWIGHT NEVEN, et al.,

     Respondents.

Case No. 2:13-cv-01562-JCM-CWH

**ORDER**

     Petitioner having filed an unopposed motion for an enlargement of time (first request) (#32), and good cause appearing;

     IT IS THEREFORE ORDERED that petitioner's unopposed motion for an enlargement of time (first request) (#32) is **GRANTED**.  Petitioner will have through October 21, 2015, to file and serve an amended petition for a writ of habeas corpus.

     DATED:  October 2, 2015.

JAMES C. MAHAN
United States District Judge