# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD ROSS,

     Petitioner,

vs.

DWIGHT NEVEN, et al.,

     Respondents.

Case No. 2:13-cv-01562-JCM-CWH

**ORDER**

     Petitioner having filed unopposed motions for an enlargement of time (second and third requests) (#35, #36), and good cause appearing;

     IT IS THEREFORE ORDERED that petitioner's unopposed motions for an enlargement of time (second and third requests) (#35, #36) are **GRANTED**.  Petitioner will have through December 4, 2015, to file and serve an amended petition for a writ of habeas corpus.

     DATED:  November 20, 2015.

JAMES C. MAHAN
United States District Judge