# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

RONALD ROSS,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:13-cv-01562-JCM-CWH

**ORDER**

    Petitioner having filed an unopposed motion for enlargement of time (first request) (#43), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for enlargement of time (first request) (#43) is **GRANTED**.  Petitioner will have through February 15, 2016, to file and serve a response to the motion to dismiss (#42).

    DATED:  January 25, 2016.

JAMES C. MAHAN
United States District Judge