# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD ROSS,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:13-cv-01562-JCM-CWH

**ORDER**

    Respondents having filed a motion for enlargement of time (first request) (ECF No. 50), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (first request (ECF No. 50) is **GRANTED**. Respondents will have through November 14, 2016, to file and serve a response to the motion for stay and abeyance (ECF No. 48).

    DATED: October 12, 2016.

_____
JAMES C. MAHAN
United States District Judge