# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD ROSS,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:13-cv-01562-JCM-CWH

**ORDER**

    Petitioner having filed an unopposed motion for enlargement of time in which to file a reply to respondents' opposition to a motion for a stay and abeyance (first request) (ECF No. 53), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for enlargement of time in which to file a reply to respondents' opposition to a motion for a stay and abeyance (first request) (ECF No. 53) is **GRANTED**.  Petitioner will have through December 5, 2016, to file and serve a reply to the opposition to a motion for stay and abeyance (ECF No. 52).

    DATED: December 1, 2016.

                                                   _____
                                                   JAMES C. MAHAN
                                                   United States District Judge