# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD ROSS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DWIGHT NEVEN, et al.,<br><br>　　　　　Respondents. | Case No. 2:13-cv-01562-JCM-CWH<br><br>**ORDER** |

Petitioner has filed a motion to reopen (ECF No. 59). Respondents have not filed a response. Good cause appearing;

IT THEREFORE IS ORDERED that petitioner's motion to reopen (ECF No. 59) is **GRANTED**. This action is **REINSTATED**.

IT FURTHER IS ORDERED that petitioner will have forty-five (45) days from the date of entry of this order to file a second amended petition.

DATED: November 14, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge