# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD ROSS,

    *Petitioner,*

v.

RENEE BAKER, *et al.,*

    *Respondents*.

2:13-cv-01562-JCM-CWH

ORDER

Petitioner's unopposed motion for an extension of time (ECF No. 65) is GRANTED, and the time for petitioner to file a response to respondents' motion to dismiss (ECF No. 64) is extended up to and including April 1, 2019.

DATED: February 19, 2019.

                                         _____
                                         JAMES C. MAHAN
                                         United States District Judge