# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD ROSS, | Case No. 2:13-cv-01562-JCM-CWH |
| Petitioner, | **ORDER** |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion to extend deadline (third request) (ECF No. 69), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion to extend deadline (third request) (ECF No. 69) is **GRANTED**. Petitioner will have through April 29, 2019, to file and serve a response to the motion to dismiss (ECF No. 64).

DATED: April 22, 2019.

JAMES C. MAHAN
United States District Judge

1