Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Emma L. Smith
Assistant Federal Public Defender
Illinois State Bar No. 6317192
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Emma_Smith@fd.org

*Attorney for Petitioner Ronald Ross

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Ronald Ross, | |
| Petitioner, | Case No. 2:13-cv-01562-JCM-DJA |
| v. | **Unopposed motion to extend deadline to file Reply** |
| Dwight Neven, *et al.*, | |
| Respondents. | **(First request)** |

Petitioner Ronald Ross respectfully moves this Court for an order extending the time within which he must file a Reply to the State's Answer by 60 days from December 6, 2019, up to and including February 4, 2020. This is his first request for an extension of this deadline. Respondents, by counsel Michael J. Bongard, do not object.

Undersigned counsel has been reviewing Mr. Ross's case in an effort to comply with the Court's deadline. However, counsel respectfully submits that additional time is necessary to properly prepare the Reply. Undersigned counsel has recently joined the Federal Public Defender for the District of Nevada. Since beginning work in the office approximately three months ago, counsel has been learning the eighteen cases for which she has entered an appearance. In this time, she has been working diligently to meet both past and upcoming deadlines for other clients, including in *Young v. Baker*, No. 2:18-cv-00110-RFB-VCF (D. Nev.) (amended petition filed Oct. 23, 2019); *Dixon v. Dzurenda*, No. 79194 (Nev. S. Ct.) (opening brief due Dec. 13, 2019); *Davidson v. Neven*, No. 19-16952 (9th Cir.) (request for certificate of appealability due Jan. 6, 2020); and *Mayo v. State*, No. 18-16081 (9th Cir.) (oral argument on Jan. 24, 2020). Moreover, Counsel has been traveling and out of the office to meet with clients, including on November 1, 8, 15, and 22. Counsel respectfully represents that an additional 60 days is necessary to permit her to prepare the Reply in this case.

This motion is not filed for the purposes of undue delay but in the interests of justice and the interests of Mr. Ross. Counsel respectfully asks this court to grant Mr. Ross's request to extend the time for filing a Reply by 60 days, until February 4, 2020.

1 | Dated December 4, 2019.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Emma L. Smith*
Emma L. Smith
Assistant Federal Public Defender

IT IS SO ORDERED

_____
United States District Judge

Dated: December 5, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and include: Michael J. Bongard.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participants:

Ronald Ross
No. 1003485
Saguaro Correctional Center
1252 E. Arica Road
Eloy, AZ 85131

/s/ Jessica Pillsbury
An Employee of the
Federal Public Defender