# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD ROSS, | Case No. 2:13-cv-01562-JCM-DJA |
| Petitioner, | **ORDER** |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion to extend deadline (first request) (ECF No. 81), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion to extend deadline (first request) (ECF No. 81) is **GRANTED**. Petitioner will have up to and including February 4, 2020, to file a reply to the answer (ECF No. 77).

DATED: December 9, 2019.

JAMES C. MAHAN
United States District Judge

1